IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-420-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ROGER ALVIN PITTMAN, JR. | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 7 in the above-referenced matter be sealed by the Clerk.

IT IS FURTHER ORDERED that the Clerk provide a copy of the filed sealed document to the United States Attorney's Office.

SO ORDERED. This __29__ day of November, 2021.

James C. Dever III
United States District Judge